IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AGNES MANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05-PWG-2168-S |
| | ) |
| DIAMOND TOURS, INC., | ) |
| | ) |
| Defendant. | ) |

O R D E R

On February 24, 2006 the Magistrate Judge's Findings and Recommendation was filed. No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b), *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendations are ACCEPTED. Accordingly, it is ORDERED, ADJUDGED and DECREED that defendant's motion to dismiss filed pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) (doc. #2) is DENIED.

Done this 15th day of March 2006.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019